Warren & Vullings, LLP
Corp/Business Service

**UNITED STATES DISTRICT COURT for the EASTERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF SERVICE**



*2832*

Index no : CV11-3249

| Plaintiff(s): | SHARON OLIVER |
|---|---|
| | -vs- |
| Defendant(s): | HSBC BANK NEVADA, N.A. |

State of New York County of Monroe    ss.:

**Erin Burruto**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of New York.

On **07/25/2011** at **9:38 AM**, deponent served the within **Summons & Complaint with the Index Number and Date of Filing endorsed thereon** on HSBC BANK NEVADA, N.A. at **ONE HSBC CENTER , BUFFALO, NY 14203** in the manner indicated below:

By delivering a true copy of each to and leaving with **MIKE KEMP, OPERATIONS REPRESENTATIVE** who stated he/she is authorized to accept service on behalf the corporation/government entity.

A description of the **Defendant(s)**, or other person served on behalf of the **Defendant(s)** is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height(Approx) | Weight(Approx) |
|---|---|---|---|---|---|
| Male | Caucasian | Black | 25-35 | 5'9"-6'0" | 161-200 lbs |
| Other Features: | | | | | |

Sworn to and subscribed before me on
July 25, 20 11

Angenette Bacon Rafferty
Notary Public, State of New York
No. 01BA6083154
Qualified in Wyoming County
Commission Expires: 11/12/14

X _____
Erin Burruto
Kear Attorney Service
45 Exchange Blvd Ste 526
Rochester,NY 14614
585-423-9347

Warren & Vullings, LLP
93 Old York Road
Jenkintown,PA 19046



AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Sharon Oliver )
*Plaintiff* )
v. ) Civil Action No. CV 11 - 3249
HSBC Bank Nevada, N.A. )
and Shermata, Adams & Von Allmen, P.C. )
*Defendant* )

MATSUMOTO, J.

GO, M.J.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  HSBC Bank Nevada, N.A.
452 5th Avenue
New York, NY  10018

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Bruce K. Warren, Esquire
Warren & Vullings, LLP
93 Old York Road, Suite 333
Jenkintown, PA  19046

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ROBERT C. HEINEMANN
*CLERK OF COURT*

Date: JUL 07 2011

*Signature of Clerk or Deputy Clerk*